IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:10-cv-664-RJC-DSC

MARY W. FOREMAN, Executrix of the Estate
of Walter Thomas Foreman, Jr., and THE
FOREMAN GROUP, INC.,

        Plaintiffs,

    vs.

CAMFIL FARR, INC.,

        Defendant.

**ORDER**

_____

THIS MATTER is before the Court on the parties' Joint Motion to Extend Period to Conduct Discovery (Docket Entry 40); and it appearing to the Court that the Motion was timely made; and the Court having considered the Motion and the pleadings, filings, and positions of counsel in this matter, is of the opinion that good cause exists for granting the Motion and that the interests of justice will be best served by allowing the relief requested.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Extend Period to Conduct Discovery (Docket Entry 40) is granted and the deadlines addressed therein shall be modified as follows:

a. The discovery completion deadline set forth in Section I(G) of the Court's Pretrial Order and Case Management Plan (Docket Entry 15) and previous extensions of time, which is currently December 21, 2011, shall be and hereby is extended four (4) weeks, through and including **January 18, 2012**.

b.      The deadline for the filing of motions (other than motions in limine and motions to continue) set forth in Section II(A) of the Pretrial Order shall be extended through and including **February 17, 2012**, which is thirty (30) days after the expiration of the foregoing extended discovery period.

c.  The Clerk of Court id directed to send copies of this Order to the parties' counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

        **SO ORDERED.**                      Signed: December 21, 2011

David S. Cayer
United States Magistrate Judge